

Misc. No. 13–8004/AR.   Daniel Rosas, Appellant v. United States, Appellee.   CCA 20120718.   On consideration of the writ-appeal petition, and Appellee's motion for leave to file a joint appendix, it is ordered that said motion for leave to file a joint appendix is hereby granted, and said petition is hereby dismissed.

Misc. No. 13–8007/NA.   United States, Appellant v. Saheed A. Lawanson, Appellee.   CCA 201200187.   On consideration of the writ-appeal petition, it is ordered that said petition is hereby denied.

No. 11–0443/AR.   U.S. v. Aaron P. Hudson.   CCA 20090506.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 14, 2012.

No. 13–0085/AR.   U.S. v. Justin L. Nixon.   CCA 20110812.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to November 14, 2012.